## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | CIVIL NO.06-_____ |
| v. | § | CRIMINAL NO.1:04-CR-353 |
| | § | |
| RALPH J. PREPETIT, | § | |
| Movant. | § | |

## MOTION UNDER 28 UNITED STATES CODE, SECTION 2255, TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

COMES Movant, RALPH J. PREPETIT ("Prepetit") ~~~~~ 1. C~~~~ ~ ~~

support of his Motion under 28 United State~

to Vacate, Set Aside, or Correct Sentence by a

as follows:

CASE NUMBER  1:06CV00817

JUDGE: Ellen Segal Huvelle

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 05/03/2006

1) Name and location of the court which entered the judgment of conviction under attack:
**United States District Court, District of Columbia (Washington, DC.**

2) Date judgment of conviction was entered:
**April 29, 2005.**

3) Case number:
**1:04-CR-353.**

4) Length and terms of sentence:
**120-months imprisonment.**

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?      Yes [X]   No [ ]

6) Name of the judge who imposed sentence under attack in this motion:
**Honorable Ellen Segal Huvelle, U. S. District Judge.**